IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Mohamed El Moctar Taleb Maazouz,** **Petitioner,** v. **Judith Almodovar,** *Acting ICE Field Office Director*; *et al.* **Respondents.** | **Civil Action No.: 25-cv-9338** |

## [~~PROPOSED~~] TEMPORARY RESTRAINING ORDER

Upon consideration of Petitioner's *Ex Parte* Emergency Motion for Temporary Restraining Order and supporting papers, and having found good cause to believe that immediate and irreparable harm will result before Respondents can be heard in opposition, and that such harm includes the risk of Petitioner's transfer out of the jurisdiction of this Court which would interfere with this Court's jurisdiction and Petitioner's ability to pursue habeas corpus relief:

IT IS HEREBY ORDERED that:

Respondents, their officers, agents, employees, assigns, and all persons acting in concert or participation with them, are ENJOINED AND RESTRAINED from transferring Petitioner Mohamed El Moctar Taleb Maazouz ~~from 26 Federal Plaza or otherwise moving him~~ outside the Southern District of New York ~~for the duration of this litigation or until~~ **pending** further order of the Court.

Respondents shall not remove Petitioner ~~from the custody of the New York ICE Field Office or transfer him~~ to any detention facility located outside this District, pending ~~resolution of Petitioner's habeas petition~~ **further order of the Court**.

1

This Order is issued ex parte, pursuant to Federal Rule of Civil Procedure 65(b), in light of the showing that notice to Respondents may result in the very transfer and irreparable injury this Court seeks to prevent.

Petitioner shall forthwith serve this order and the papers on which it is based upon the U.S. Attorney for this District, attention: Jeffrey Oestericher, Chief, Civil Division.

Respondents' answering brief to the petition shall be filed on or before November 21, 2025. Petitioner's reply shall be filed on or before December 2, 2025, at 2pm. There will be a hearing on the petition, including any continuation of the stay, on December 4, at 2pm.

SO ORDERED.   ^ 2025

Dated: November 10, 2025 at 8:26pm
New York, New York

*P. Kevin Castel,* United States District Judge