**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOHAMED EL MOCTAR TALEB MAAZOUZ,

                          Petitioner,              25 **CIVIL** 9388 (PKC)

      -against-                       **JUDGMENT**

JUDITH ALMODOVAR, in her capacity as Field
Office Director of Enforcement and Removal
Operations, New York City, Immigration and
Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the United States
Department of Homeland Security; and PAMELA
BONDI, in her official capacity as Attorney
General of the United States,

                          Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 8, 2025, the petition is GRANTED as to Maazouz's

request for a bond hearing and otherwise DENIED. Respondents are ORDERED to cause an

individualized bond hearing to be conducted before an Immigration Judge pursuant to 8 U.S.C. §

1226(a) for Maazouz within seven (7) days of December 4, 2025. If no hearing is held within the

designated period, Respondents shall immediately release Maazouz; accordingly, the case is

closed.

**DATED:**  New York, New York
          December 9, 2025

                             **TAMMI M. HELLWIG**
                         _____
                                **Clerk of Court**

          **BY:**             K. mango

                          _____
                                **Deputy Clerk**